# United States Court of Appeals
## For the First Circuit

No. 17-1174

SCOTT SAUNDERS,

Plaintiff, Appellant,

v.

TOWN OF HULL,

Defendant, Appellee,

RICHARD K. BILLINGS,

Defendant.

**ERRATA SHEET**

The opinion of this Court, issued on October 27, 2017, is amended as follows:

On the cover sheet, "2018" is replaced with "2017".

On page 4, line 6, "Brother" is replaced with "Brotherhood".

On page 11, line 7, "to" is added after "respect".